**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **AMY GARCIA, Individually and as Next Friend of G.G. and A.G., Minor Children, and RICARDO GARCIA, Plaintiffs,**<br><br>**v.**<br><br>**SALVADOR AGUILERA MORA d/b/a AGUILERA TRUCKING and JOSE MEDINA LOPEZ, Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. DR-26-CV-00050-AM-JAC** |

**ORDER FOR REPORT AND SCHEDULING PROPOSALS**

Chief United States District Judge Alia Moses referred the above-captioned case to the undersigned United States Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b). Pursuant to Local Rule CV-16, it is hereby **ORDERED** that, no later than **OCTOBER 20, 2026,** the parties shall confer as provided in Federal Rule of Civil Procedure 26(f) and submit the following: (1) a joint report that conforms to Appendix N of the Local Civil Rules; and (2) a joint proposed scheduling order that conforms to Appendix B of the Local Civil Rules.

**SIGNED** this 1st day of October, 2026.

**JOSEPH A. CORDOVA**
**UNITED STATES MAGISTRATE JUDGE**